# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                                 BKY No.: 16-43471

**Synico Staffing, LLC,**
                                                                       **ORDER**
             **Debtor.**

**Chapter 11 Case.**

___

The Motion of Synico Staffing, LLC ("Debtor") for an Order granting approval to pay pre-petition wages came on for hearing before the undersigned on the 1st day of December, 2016. Steven B. Nosek appeared on behalf of the Debtor and all other appearances were noted.

The Debtor is seeking an order for approval to pay pre-petition wages.

**IT IS HEREBY ORDERED:**

1. The Debtor's Motion is GRANTED and the Debtor is authorized to pay the pre-petition wages as set forth in the Motion.


**Dated:** *December 1, 2016*

                                                /e/ William J. Fisher
                                                _____
                                                **William J. Fisher**
                                                **United States Bankruptcy Judge**

–1–

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/24/2016*
Lori Vosejpka, Clerk, by TC